# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DIANNE GIVES, ET AL.** | **CIV. ACTION NO. 3:21-02160** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 28] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED, WITH PREJUDICE**. FED. R. CIV. P. 41(b). In light of the dismissal,

**IT IS FURTHER ORDERED**, **ADJUDGED, and DECREED** that the Motion to Enforce Settlement [Doc. No. 18] is **DENIED**, as moot or for lack of subject matter jurisdiction.

Monroe, Louisiana, this 6th day of December 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE